United States Bankruptcy Court
Middle District of Pennsylvania

In re:
Angela M. Fulwiley
        Debtor

Case No. 18-04217-HWV
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: REshelman      Page 1 of 1      Date Rcvd: Oct 05, 2018
                  Form ID: 309I      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2018.
```
db           +Angela M. Fulwiley,    3863 North 6th Street,    Harrisburg, PA 17110-1521
5116280      +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
              Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5116281      +Cornerstone/American Education,    P.O. Box 61047,    Harrisburg, PA 17106-1047
5116286      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,
              701 Market Street,    Philadelphia, PA 19106-1538
5116288       Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
5116289      +The Bank of New York Mellon,    c/o Carrington Mortgage Services, LLC,
              1600 S. Douglass Road, Suite 210-A,    Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: tupdike@ssbc-law.com Oct 05 2018 19:05:36     Tracy Lynn Updike,
                Schiffman, Sheridan & Brown, PC,    2080 Linglestown Road Ste 201,    Harrisburg, PA  17110
tr             +E-mail/Text: dehartstaff@pamd13trustee.com Oct 05 2018 19:05:58
                Charles J DeHart, III (Trustee),    8125 Adams Drive, Suite A,    Hummelstown, PA 17036-8625
ust            +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Oct 05 2018 19:05:50     United States Trustee,
                228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
5116282        +EDI: IIC9.COM Oct 05 2018 23:08:00     I C System Inc.,    P.O. Box 64378,
                Saint Paul, MN 55164-0378
5116283         EDI: IRS.COM Oct 05 2018 23:08:00     Internal Revenue Service,    PO Box 21126,
                Philadelphia, PA  19114
5116285        +E-mail/Text: blegal@phfa.org Oct 05 2018 19:05:53     PHFA,    211 North Front Street,
                Harrisburg, PA 17101-1466
5116284         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 19:05:49
                Pennsylvania Department of Revenue,    Dept. 280946,    ATTN:  Bankruptcy Division,
                Harrisburg, PA  17128-0946
5116287        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Oct 05 2018 19:11:23     Regional Acceptance Corp.,
                1424 E Fire Tower Road,    Greenville, NC 27858-4105
                                                                                        TOTAL: 8
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 07, 2018                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,    TWecf@pamd13trustee.com
              Tracy Lynn Updike    on behalf of Debtor 1 Angela M. Fulwiley tupdike@ssbc-law.com,
              ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 3
```

| Debtor 1 | **Angela M. Fulwiley** | | Social Security number or ITIN **xxx–xx–8652** |
| | First Name | Middle Name | Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 | | | Social Security number or ITIN _ _ _ _ |
| (Spouse, if filing) | First Name | Middle Name | Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | Date case filed for chapter **13  October 4, 2018** |
| Case number: | **1:18-bk-04217–HWV** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Angela M. Fulwiley | |
| 2. | **All other names used in the last 8 years** | fka Angela M. Williams | |
| 3. | **Address** | 3863 North 6th Street<br>Harrisburg, PA 17110 | |
| 4. | **Debtor's attorney**<br>Name and address | Tracy Lynn Updike<br>Schiffman, Sheridan & Brown, PC<br>2080 Linglestown Road Ste 201<br>Harrisburg, PA 17110 | Contact phone 717 540–9170<br>Email:  tupdike@ssbc–law.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Charles J DeHart, III (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone 717 566–6097<br>Email:  dehartstaff@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this address or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737 | Hours open Monday – Friday 9:00 AM to 4:00 PM<br>Contact phone (717) 901–2800<br>Date: October 5, 2018 |

**For more information, see page 2**

**Receiving Court Issued Orders and Notices by E–Mail:**    (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are UNDERLINED FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

Case 1:18-bk-04217-HWV    Doc 8    Filed 10/07/18    Entered 10/08/18 00:38:31    Desc Imaged Certificate of Notice    Page 2 of 3

| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **November 15, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification and proof of social security number are required \*\*\*** | **Location:**<br>**Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
|---|---|---|
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4).<br><br>**Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: January 14, 2019**<br><br><br><br><br><br><br><br><br>**Filing deadline: December 13, 2018**<br><br>**Filing deadline: April 2, 2019** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

Case 1:18-bk-04217-HWV    Doc 8    Filed 10/07/18    Entered 10/08/18 00:38:31    Desc
Imaged Certificate of Notice    Page 3 of 3