# CERIDIAN

| | | | |
|---|---|---|---|
| **Employer Name:** | Pet Valu Inc. | **Employee Name:** Angela M Fulwlley | **Pay Date:** 8/10/2018 |
| **Employer Phone:** | 484-254-9020 | **Employee #:** 6745 | **Pay Period:** 7/22/2018 - 8/4/2018 |
| **Employer Address:** | 489 Devon Park Drive Suite 320 Wayne, PA 19087 | **Employee Address:** 3863 N 6th St Harrisburg, PA 17110 | **Deposit Advice #:** 214531594 |
| | | **Department:** Corporate Stores | **Pay Frequency:** Bi-Weekly |
| | | **Job Title:** Sales Associate-Keyholder | **Federal Filing Status:** Married |
| | | | **Federal Exemptions:** 1/$0.00 |
| | | | **Local Exemptions:** 0 (East Pennsboro) |
| | | | **State Filing Status:** Married (PA) |
| | | | **State Exemptions:** 0 (PA) |

| | Current 7/22/2018 - 8/4/2018 | | | YTD As of 8/4/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 30.47 | | $ 258.97 | 471.12 | $ 4,069.39 |
| HOLIDAY | | | | 24.00 | $ 204.00 |
| REGULAR | 30.47 | 8.5000 | $ 258.97 | 431.85 | $ 3,670.74 |
| WORKED HOLIDAY | | | | 15.27 | $ 194.65 |
| **Memo Information** | | | | | |
| Comp Match | | | $ 3.88 | | $ 60.54 |
| **Pre-Tax Deductions** | | | $ 7.77 | | $ 121.07 |
| 401K | | | $ 7.77 | | $ 121.07 |
| **Taxes** | | | $ 32.50 | | $ 513.21 |
| Soc Sec EE | | | $ 16.05 | | $ 252.30 |
| Medicare EE | | | $ 3.76 | | $ 59.01 |
| PA W/H | | | $ 7.95 | | $ 124.92 |
| PA UT EE | | | $ 0.16 | | $ 2.45 |
| E PnnsbrTwpW/H | | | $ 2.59 | | $ 40.70 |
| E PnnsbrTwpLST | | | $ 1.80 | | $ 30.60 |
| E PnnsbrSdLST | | | $ 0.19 | | $ 3.23 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 218.70 | | $ 3,435.11 |
| Direct Deposit | 231382241 | XX3290 | $ 218.70 | | |

| Accruals & Balances | |
|---|---|
| Vacation Balance: | 0.00 Hours |

| Messages from your Employer |
|---|
| Please submit any payroll related inquiries to USPayroll@petvalu.com and cc your store manager. We will reply as soon as possible. |

CERIDIAN

https://usr54.dayforcehcm.com/MyDayforce/u/!485EBMgdUGCq46LF51tDw/common/ 21/09/2018
Case 1:18-bk-04217-HWV  Doc 13  Filed 10/30/18  Entered 10/30/18 15:19:05  Desc
Main Document  Page 1 of 4

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Pet Valu Inc. | |
| **Employer Phone:** | 484-254-9020 | |
| **Employer Address:** | 489 Devon Park Drive Suite 320 Wayne, PA 19087 | |

| | |
|---|---|
| **Employee Name:** | Angela M Fulwiley |
| **Employee #:** | 6745 |
| **Employee Address:** | 3863 N 6th St Harrisburg, PA 17110 |
| **Department:** | Corporate Stores |
| **Job Title:** | Sales Associate-Keyholder |

| | |
|---|---|
| **Pay Date:** | 8/24/2018 |
| **Pay Period:** | 8/5/2018 - 8/18/2018 |
| **Deposit Advice #:** | 216224347 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 0 (East Pennsboro) |
| **State Filing Status:** | Married (PA) |
| **State Exemptions:** | 0 (PA) |

| | Current 8/5/2018 - 8/18/2018 | | | YTD As of 8/18/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.55 | | $ 344.68 | 511.67 | $ 4,414.07 |
| HOLIDAY | | | | 24.00 | $ 204.00 |
| REGULAR | 40.55 | 8.5000 | $ 344.68 | 472.40 | $ 4,015.42 |
| WORKED HOLIDAY | | | | 15.27 | $ 194.65 |
| **Memo Information** | | | | | |
| Comp Match | | | $ 5.17 | | $ 65.71 |
| **Pre-Tax Deductions** | | | $ 10.34 | | $ 131.41 |
| 401K | | | $ 10.34 | | $ 131.41 |
| **Taxes** | | | $ 42.58 | | $ 555.79 |
| Soc Sec EE | | | $ 21.37 | | $ 273.67 |
| Medicare EE | | | $ 4.99 | | $ 64.00 |
| PA W/H | | | $ 10.58 | | $ 135.50 |
| PA UT EE | | | $ 0.20 | | $ 2.65 |
| E PnnsbrTwpW/H | | | $ 3.45 | | $ 44.15 |
| E PnnsbrTwpLST | | | $ 1.80 | | $ 32.40 |
| E PnnsbrSdLST | | | $ 0.19 | | $ 3.42 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 291.76 | | $ 3,726.87 |
| Direct Deposit | 231382241 | XX3290 | $ 291.76 | | |

**Accruals & Balances**

| | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Carryover Vacation Balance: | 0.00 Hours |

**Messages from your Employer**

Please submit any payroll related inquiries to USPayroll@petvalu.com and cc your store manager. We will reply as soon as possible.

**CERIDIAN**

Case 1:18-bk-04217-HWV   Doc 13   Filed 10/30/18   Entered 10/30/18 15:19:05   Desc
Main Document           Page 2 of 4
https://usr54.dayforcehcm.com/MyDayforce/u/f485EBMgtUGEqp0EF51dBw/Common/EarningStatementPopup.aspx?OLF=1   12/8/2018

# CERIDIAN

| | | |
|---|---|---|
| **Employer Name:** | Pet Valu Inc. | |
| **Employer Phone:** | 484-254-9020 | |
| **Employer Address:** | 489 Devon Park Drive Suite 320 Wayne, PA 19087 | |

| | |
|---|---|
| **Employee Name:** | Angela M Fulwiley |
| **Employee #:** | 6745 |
| **Employee Address:** | 3863 N 6th St Harrisburg, PA 17110 |
| **Department:** | Corporate Stores |
| **Job Title:** | Sales Associate-Keyholder |

| | |
|---|---|
| **Pay Date:** | 9/7/2018 |
| **Pay Period:** | 8/19/2018 - 9/1/2018 |
| **Deposit Advice #:** | 218112057 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 0 (East Pennsboro) |
| **State Filing Status:** | Married (PA) |
| **State Exemptions:** | 0 (PA) |

| | Current 8/19/2018 - 9/1/2018 | | | YTD As of 9/1/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 31.38 | | $ 266.76 | 543.05 | $ 4,680.83 |
| HOLIDAY | | | | 24.00 | $ 204.00 |
| REGULAR | 31.38 | 8.5000 | $ 266.76 | 503.78 | $ 4,282.18 |
| WORKED HOLIDAY | | | | 15.27 | $ 194.65 |
| **Memo Information** | | | | | |
| Comp Match | | | $ 4.00 | | $ 69.71 |
| **Pre-Tax Deductions** | | | $ 8.00 | | $ 139.41 |
| 401K | | | $ 8.00 | | $ 139.41 |
| **Taxes** | | | $ 33.42 | | $ 589.21 |
| Soc Sec EE | | | $ 16.54 | | $ 290.21 |
| Medicare EE | | | $ 3.87 | | $ 67.87 |
| PA W/H | | | $ 8.19 | | $ 143.69 |
| PA UT EE | | | $ 0.16 | | $ 2.81 |
| E PnnsbrTwpW/H | | | $ 2.67 | | $ 46.82 |
| E PnnsbrTwpLST | | | $ 1.80 | | $ 34.20 |
| E PnnsbrSdLST | | | $ 0.19 | | $ 3.61 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 225.34 | | $ 3,952.21 |
| Direct Deposit | 231382241 | XX3290 | $ 225.34 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Carryover Vacation Balance: | 0.00 Hours |

**Messages from your Employer**

Please submit any payroll related inquiries to USPayroll@petvalu.com and cc your store manager. We will reply as soon as possible.

# CERIDIAN

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Pet Valu Inc. | |
| **Employer Phone:** | 484-254-9020 | |
| **Employer Address:** | 489 Devon Park Drive Suite 320 Wayne, PA 19087 | |

| | |
|---|---|
| **Employee Name:** | Angela M Fulwiley |
| **Employee #:** | 6745 |
| **Employee Address:** | 3863 N 6th St Harrisburg, PA 17110 |
| **Department:** | Corporate Stores |
| **Job Title:** | Sales Associate-Keyholder |

| | |
|---|---|
| **Pay Date:** | 9/21/2018 |
| **Pay Period:** | 9/2/2018 - 9/15/2018 |
| **Deposit Advice #:** | 219937625 |
| **Pay Frequency:** | Bi-Weekly |
| **Federal Filing Status:** | Married |
| **Federal Exemptions:** | 1/$0.00 |
| **Local Exemptions:** | 0 (East Pennsboro) |
| **State Filing Status:** | Married (PA) |
| **State Exemptions:** | 0 (PA) |

| | Current 9/2/2018 - 9/15/2018 | | | YTD As of 9/15/2018 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 28.40 | | $ 261.87 | 571.44 | $ 4,942.70 |
| HOLIDAY | 4.00 | 8.5000 | $ 34.00 | 28.00 | $ 238.00 |
| REGULAR | 19.58 | 8.5000 | $ 166.46 | 523.36 | $ 4,448.64 |
| WORKED HOLIDAY | 4.82 | 12.7500 | $ 61.41 | 20.08 | $ 256.06 |
| **Memo Information** | | | | | |
| Comp Match | | | $ 3.93 | | $ 73.64 |
| **Pre-Tax Deductions** | | | $ 7.86 | | $ 147.27 |
| 401K | | | $ 7.86 | | $ 147.27 |
| **Taxes** | | | $ 32.85 | | $ 622.06 |
| Soc Sec EE | | | $ 16.24 | | $ 306.45 |
| Medicare EE | | | $ 3.80 | | $ 71.67 |
| PA W/H | | | $ 8.04 | | $ 151.73 |
| PA UT EE | | | $ 0.16 | | $ 2.97 |
| E PnnsbrTwpW/H | | | $ 2.62 | | $ 49.44 |
| E PnnsbrTwpLST | | | $ 1.80 | | $ 36.00 |
| E PnnsbrSdLST | | | $ 0.19 | | $ 3.80 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $ 221.16 | | $ 4,173.37 |
| Direct Deposit | 231382241 | XX3290 | $ 221.16 | | |

| **Accruals & Balances** | |
|---|---|
| Vacation Balance: | 0.00 Hours |
| Carryover Vacation Balance: | 0.00 Hours |

**Messages from your Employer**
Please submit any payroll related inquiries to USPayroll@petvalu.com and cc your store manager. We will reply as soon as possible.


CERIDIAN

Case 1:18-bk-04217-HWV   Doc 13   Filed 10/30/18   Entered 10/30/18 15:19:05   Desc Main Document   Page 4 of 4
https://usr54.dayforcehcm.com/MyDayforce/u/f485EBMgdUGCq46LF51tDw/Common/  21/09/2018