PA Real Estate Solutions, Inc.
1333 Green Street
Harrisburg, PA 17102