UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 1-18-04217-HWV

ANGELA M. FULWILEY
f/k/a ANGELA M. WILLIAMS : CHAPTER 13

Debtor :

## CERTIFICATE OF SERVICE

I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on October 30, 2018, a true and correct copy of the CHAPTER 13 PLAN was served by certified mail and received by the following secured claim holder whose rights were impacted by the plan, per the attached certified green card:

**Certified Mail Green Card:**

- Signature: Y. Newsome (Agent)
- Received by (Printed Name): Y. Newsome
- Date of Delivery: 11/5/18
- Article Addressed to:
  Regional Acceptance Corp.
  Attn: Officer Authorized to Accept Process
  1424 E. Fire Tower Rd.
  Greenville, NC 27858
- Article Number: 7005 3110 0002 1866 7539
- PS Form 3811, July 2013 — Domestic Return Receipt

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
    Stacy A. Sollenberger

Date: November 15, 2018