```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04217-HWV
Angela M. Fulwiley                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: REshelman        Page 1 of 1         Date Rcvd: Nov 16, 2018
                              Form ID: ntnew341      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db              +Angela M. Fulwiley,    3863 North 6th Street,    Harrisburg, PA 17110-1521
5116280         +Commonwealth of Pennsylvania,    Bureau of Labor and Industry,
                  Office of Unemp Comp Tax Services OUCTS,    PO Box 60848,    Harrisburg, PA 17106-0848
5116281         +Cornerstone/American Education,    P.O. Box 61047,    Harrisburg, PA 17106-1047
5116282         +I C System Inc.,    P.O. Box 64378,    Saint Paul, MN 55164-0378
5125371         +PA Real Estate Solutions, Inc.,    1333 Green Street,    Harrisburg, PA 17102-2638
5116286         +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,
                  701 Market Street,    Philadelphia, PA 19106-1538
5116288          Susquehanna Township Authority,    1900 Linglestown Road,    Harrisburg, PA 17110-3301
5116289         +The Bank of New York Mellon,    c/o Carrington Mortgage Services, LLC,
                  1600 S. Douglass Road, Suite 210-A,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5116283          E-mail/Text: cio.bncmail@irs.gov Nov 16 2018 19:30:39     Internal Revenue Service,
                  PO Box 21126,    Philadelphia, PA   19114
5116285         +E-mail/Text: blegal@phfa.org Nov 16 2018 19:31:20     PHFA,   211 North Front Street,
                  Harrisburg, PA 17101-1466
5124492         +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 19:36:12
                  PYOD, LLC its successors and assigns as assignee,    of Capital One, F.S.B.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
5116284          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 19:31:02
                  Pennsylvania Department of Revenue,    Dept. 280946,   ATTN: Bankruptcy Division,
                  Harrisburg, PA   17128-0946
5116287         +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 16 2018 19:37:14     Regional Acceptance Corp.,
                  1424 E Fire Tower Road,    Greenville, NC 27858-4105
5129315          E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Nov 16 2018 19:37:14     Regional Acceptance Corporation,
                  PO Box 1847,   Wilson, NC 27894-1847
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5125372*        +PA Real Estate Solutions, Inc.,    1333 Green Street,    Harrisburg, PA 17102-2638
                                                                                              TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14
                bkgroup@kmllawgroup.com
              Tracy Lynn Updike    on behalf of Debtor 1 Angela M. Fulwiley tupdike@ssbc-law.com,
                ssollenberger@ssbc-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

Case 1:18-bk-04217-HWV    Doc 22    Filed 11/18/18    Entered 11/19/18 00:46:44    Desc
                        Imaged Certificate of Notice    Page 1 of 2

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Angela M. Fulwiley,
fka Angela M. Williams,

**Debtor 1**

Chapter 13

Case No. 1:18−bk−04217−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: December 13, 2018<br>Time: 10:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 16, 2018 |

ntnew341 (04/18)