UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 1-18-04217-HWV |
| ANGELA M. FULWILEY<br>f/k/a ANGELA M. WILLIAMS, | CHAPTER 13 |
| Debtor | |
| ANGELA M. FULWILEY<br>f/k/a ANGELA M. WILLIAMS, | 3863 N. 6th Street<br>Harrisburg, Pennsylvania |
| Movant | |
| v. | |
| PENNSYLVANIA HOUSING<br>FINANCE AGENCY, | |
| Respondent | |

## CERTIFICATE OF SERVICE

    I, Stacy A. Sollenberger, Legal Assistant with the firm of Schiffman, Sheridan & Brown, P.C., hereby certify that on November 16, 2018, a true and correct copy of the MOTION FOR DETERMINATION OF SECURED STATUS/VALUATION OF SECURITY was served by certified mail and received by the following secured claim holders, per the attached certified green cards:

SEE ATTACHED

SCHIFFMAN, SHERIDAN & BROWN, P.C.

By: /s/ Stacy A. Sollenberger
      Stacy A. Sollenberger

Date: November 28, 2018

