```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                     Case No. 18-04217-HWV
Angela M. Fulwiley                                         Chapter 13
      Debtor                     **CERTIFICATE OF NOTICE**

```
District/off: 0314-1        User: REshelman        Page 1 of 1          Date Rcvd: Dec 17, 2018
                            Form ID: ntcnfhrg       Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 19, 2018.
```
db            +Angela M. Fulwiley,   3863 North 6th Street,   Harrisburg, PA 17110-1521
5140425       +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
5116280       +Commonwealth of Pennsylvania,   Bureau of Labor and Industry,
               Office of Unemp Comp Tax Services OUCTS,   PO Box 60848,   Harrisburg, PA 17106-0848
5116281       +Cornerstone/American Education,   P.O. Box 61047,   Harrisburg, PA 17106-1047
5116282       +I C System Inc.,   P.O. Box 64378,   Saint Paul, MN 55164-0378
5125371       +PA Real Estate Solutions, Inc.,   1333 Green Street,   Harrisburg, PA 17102-2638
5116286       +Rebecca A. Solarz, Esquire,   KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,
               701 Market Street,   Philadelphia, PA 19106-1538
5116288        Susquehanna Township Authority,   1900 Linglestown Road,   Harrisburg, PA 17110-3301
5116289       +The Bank of New York Mellon,   c/o Carrington Mortgage Services, LLC,
               1600 S. Douglass Road, Suite 210-A,   Anaheim, CA 92806-5948
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5116283        E-mail/Text: cio.bncmail@irs.gov Dec 17 2018 19:33:04      Internal Revenue Service,
               PO Box 21126,   Philadelphia, PA  19114
5116285       +E-mail/Text: blegal@phfa.org Dec 17 2018 19:33:27      PHFA,   211 North Front Street,
               Harrisburg, PA 17101-1466
5124492       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 17 2018 19:34:35
               PYOD, LLC its successors and assigns as assignee,   of Capital One, F.S.B.,
               Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
5116284        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 17 2018 19:33:20
               Pennsylvania Department of Revenue,   Dept. 280946,   ATTN:  Bankruptcy Division,
               Harrisburg, PA  17128-0946
5116287       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 17 2018 19:34:53      Regional Acceptance Corp.,
               1424 E Fire Tower Road,   Greenville, NC 27858-4105
5129315        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Dec 17 2018 19:34:53      Regional Acceptance Corporation,
               PO Box 1847,   Wilson, NC 27894-1847
                                                                                   TOTAL: 6
```

```
         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5125372*      +PA Real Estate Solutions, Inc.,   1333 Green Street,   Harrisburg, PA 17102-2638
                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 17, 2018 at the address(es) listed below:
```
         Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         James  Warmbrodt   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
          York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14
          bkgroup@kmllawgroup.com
         Tracy Lynn Updike   on behalf of Debtor 1 Angela M. Fulwiley tupdike@ssbc-law.com,
          ssollenberger@ssbc-law.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Angela M. Fulwiley,
fka Angela M. Williams,

        **Debtor 1**

Chapter      13

Case No.     1:18−bk−04217−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 16, 2019** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: January 23, 2019<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 17, 2018 |

ntcnfhrg (03/18)