UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANGELA M. FULWILEY
AKA: ANGELA M. WILLIAMS  CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-18-04217-HWV

ANGELA M. FULWILEY
AKA: ANGELA M. WILLIAMS

    Respondent(s)

## CERTIFICATION OF DEFAULT

    AND NOW on January 23, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

  - make the regular monthly payments to the trustee during the remaining term of the plan.

    As of January 23, 2023, the Debtor(s) is/are $1,695.00 in arrears with a plan payment having last been made on Aug 31, 2022

    In accordance with said stipulation, the case may be dismissed

    Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: droeder@pamd13trustee.com

Dated: January 23, 2023

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ANGELA M. FULWILEY
AKA: ANGELA M. WILLIAMS     CHAPTER 13

   Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
   Movant     CASE NO: 1-18-04217-HWV

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on January 23, 2023, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

METTE, EVANS & WOODSIDE     SERVED ELECTRONICALLY
TRACY L UPDIKE, ESQUIRE
3401 N FRONT ST, PO BOX 5950
HARRISBURG, PA 17110-

ANGELA M. FULWILEY     SERVED BY 1ST CLASS MAIL
3863 NORTH 6TH STREET
HARRISBURG, PA 17110

United States Trustee
228 Walnut Street
Suite 1190     SERVED ELECTRONICALLY
Harrisburg, PA 17101

I certify under penalty of perjury that the foregoing is true and correct.

Dated: January 23, 2023     /s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
8125 Adams Dr, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: info@pamd13trustee.com