United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Angela M. Fulwiley  
    Debtor

Case No. 18-04217-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jan 24, 2023     Form ID: pdf010     Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela M. Fulwiley, 3863 North 6th Street, Harrisburg, PA 17110-1521 |
| 5116280 | + | Commonwealth of Pennsylvania, Bureau of Labor and Industry, Office of Unemp Comp Tax Services OUCTS, PO Box 60848, Harrisburg, PA 17106-0848 |
| 5125371 | + | PA Real Estate Solutions, Inc., 1333 Green Street, Harrisburg, PA 17102-2638 |
| 5116286 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 5116288 | | Susquehanna Township Authority, 1900 Linglestown Road, Harrisburg, PA 17110-3301 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: blegal@phfa.org | Jan 24 2023 18:40:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 5140425 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2023 18:40:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 5116281 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 18:40:00 | Cornerstone/American Education, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 5116282 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 24 2023 18:40:00 | I C System Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 5116283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2023 18:40:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114 |
| 5171793 | | Email/Text: blegal@phfa.org | Jan 24 2023 18:40:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5116285 | + | Email/Text: blegal@phfa.org | Jan 24 2023 18:40:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 5124492 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2023 18:40:45 | PYOD, LLC its successors and assigns as assignee, of Capital One, F.S.B., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 5116284 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2023 18:40:00 | Pennsylvania Department of Revenue, Dept. 280946, ATTN: Bankruptcy Division, Harrisburg, PA 17128-0946 |
| 5116287 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 24 2023 18:51:02 | Regional Acceptance Corp., 1424 E Fire Tower Road, Greenville, NC 27858-4105 |
| 5129315 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Jan 24 2023 18:51:02 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 5116289 | + | Email/Text: BKBCNMAIL@carringtonms.com | Jan 24 2023 18:40:00 | The Bank of New York Mellon, c/o Carrington Mortgage Services, LLC, 1600 S. Douglass Road, Suite 210-A, Anaheim, CA 92806-5948 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5125372 | *+ | PA Real Estate Solutions, Inc., 1333 Green Street, Harrisburg, PA 17102-2638 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2023             Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com |
| Brian C Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 bkgroup@kmllawgroup.com |
| Leon P Haller | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program (HEMAP) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Tracy Lynn Updike | on behalf of Debtor 1 Angela M. Fulwiley tlupdike@mette.com rkvansteenacker@mette.com;cgfraker@mette.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| ANGELA M. FULWILEY AKA: ANGELA M. WILLIAMS | Chapter: | 13 |
|---|---|---|
| Debtor 1 | Case No.: | 1-18-04217-HWV |

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    vs.    Movant(s)

ANGELA M. FULWILEY
AKA: ANGELA M. WILLIAMS
    Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 24, 2023